UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JAMES ANTHONY LYONS** | : | **DOCKET NO. 2:22-cv-1355** |
| D.O.C. #283148HC4 | | SECTION P |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **14TH JDC, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's civil rights complaint be **DISMISSED WITHOUT PREJUDICE** until the pending criminal case has run its course.

**THUS DONE AND SIGNED** in Chambers on the 9th day of November, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE